**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 20-MJ-242** |
| | : | |
| **AKIVA BERNSTEIN,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 2252(a)(2)** |
| Defendant. | : | **(Distribution of Child Pornography)** |
| | : | |
| | : | |

# **I N F O R M A T I O N**

The United States Attorney charges that:

## **COUNT ONE**

On or about and between November 23, 2020 to December 2, 2020, within the District of Columbia and elsewhere, the defendant, **AKIVA BERNSTEIN**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Distribution of Child Pornography**, in violation of Title 18, United
States Code, Section 2252(a)(2)

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052


By:    */s/Janani Iyengar*
      Janani Iyengar
      N.Y. Bar No. 5225990
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      Telephone No. (202) 252-7760
      Janani.iyengar@usdoj.gov