UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 22-cr-68 |
| | : | |
| v. | : | |
| | : | |
| AKIVA BERNSTEIN, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Akiva Bernstein, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Distribution of Child Pornography in violation of 18 U.S.C. 2252(a)(2).

### Statement of Facts

1. On November 23, 2020, an agent with the Child Exploitation and Human Trafficking Task Force in the District of Columbia was operating in an undercover capacity. The agent joined a group on the KIK messaging application called "#fatherson". The agent posed as a thirty-five-year-old father with a nine-year-old son.

2. Later that same day, the agent was contacted on KIK by Bernstein who used the KIK display name of "Mr Dad". Bernstein indicated during the conversation that his partner was expecting a child and that he was "super into young and I'm not sure how that will translate." The agent asked if he had ever been sexually active with any minors in the past and Bernstein indicated that he engaged in sexual contact with an eleven-year-old minor child when he was seventeen-years-old.

3. Bernstein stated that he resided in Alexandria, Virginia. Bernstein asked the agent if the

agent engaged in sexual contact with his purported son, and the agent indicated that he was. Bernstein then asked, "So what do you do with him? Full penetration or is he still too young?" Bernstein later stated, "So if things go well what are you thinking?" The agent responded, "You're so close….and it would be amazing to have a perv friend." Bernstein responded, "Well basically spend the night or come over for a dinner on nights when the wife is out of town maybe play maybe just get him used to the idea of me. I'm assuming he wouldn't be okay with some rando just coming in and getting busy with him. I'm also into watching."

4. On November 24, 2020, Bernstein forwarded the agent, who was then in the District of Columbia, two videos over KIK which depicted the sexual abuse of a prepubescent toddler. In one of the videos, the child is observed asleep on a bed while an adult male records him and takes the child's clothes off. The adult male then places the child's penis in his mouth and strokes the child's penis with his fingers. Bernstein sent an additional ten videos to the agent, at least seven of which depicted prepubescent boys engaging in sexual acts and sexual contacts.

5. After Bernstein sent one of the additional ten videos, one of which depicted a toddler being anally penetrated by an adult male's penis, Bernstein commented, "He's a little trooper."

6. Bernstein and the agent continued to discuss Bernstein meeting the agent's child. Bernstein asked if he could orally penetrate the child's anus and "throat fuck" the child while he slept. The agent stated that he would give the child Benadryl to have him fall asleep while engaging in sexual contact with him, and Bernstein acknowledged that the child would be asleep while they had sexual contact during their prospective meeting.

7. Bernstein informed the agent that he could meet him on December 2, 2020. Bernstein

agreed to meet the agent in front of the agent's purported apartment building in Washington, DC. Bernstein and the agent agreed that the purpose of the meeting was to engage in sexual acts and contacts with the agent's purported nine-year-old child. Later that same day, Bernstein arrived in Washington, DC, and communicated with the agent through KIK as to his exact location. The agent then met Bernstein and Bernstein was placed under arrest.

8. Following his arrest, Bernstein told law enforcement that he did not travel from Virginia to meet the agent, and instead from a residence in the Dupont Circle neighborhood of Washington, DC. Bernstein also provided consent for law enforcement to search the cell phone he had on his person at the time of his arrest. His cell phone had approximately 40 videos depicting sex acts with minor children, including videos depicting the rape of infants by adults.

Respectfully,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*Janani Iyengar*
Janani Iyengar
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Akiva Bernstein, have read this Statement of the Offense and have discussed it with my attorney, Carlos Vanegas. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12-22-21

Akiva Bernstein
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/15/21

Carlos Vanegas, Esquire
Attorney for Defendant