UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 22-CR-68 (CRC) |
| Akiva Bernstein | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Special Assistant United States Attorney Karen Stauss, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Karen E. Stauss*
Karen Stauss
D.C. Bar No. 499725
Special Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Email: Karen.Stauss2@usdoj.gov